

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DIRECTV, Inc., § | |
| § | |
| Plaintiff, § | |
| § | No. CIV CV 03-2168 L-O |
| v. § | |
| § | JUDGE MELANCON |
| KEVIN MELANCON, KEVIN § | |
| BROUSSARD, NEIL BROUSSARD, § | MAGISTRATE JUDGE METHVIN |
| WILFORD J. BROUSSARD, SCHIFFION § | |
| BROWN, VANESSA CHATMAN, TROY § | |
| FRITH, JACKIE THOMPSON, and DAVID § | |
| VIDRINE § | |
| § | CV04-0184 |
| Defendants. | |
| | L-O |

## ORDER

Considering the foregoing motion,

It is ORDERED that the Clerk shall sever the above captioned action into separate actions in order to facilitate a more efficient management of the court's docket.

It is further ORDERED that the Clerk shall transfer and reassign the following cases to their proper division as indicated below:

| *Case Name* | *Division* |
|---|---|
| DIRECTV v. Schiffion Brown | Shreveport |
| DIRECTV v. Jackie Thompson | Lake Charles |

It is further ORDERED that DIRECTV's request for leave to file a copy of the original complaint along with related documents into the new cases, including those to be transferred, is hereby GRANTED.

Lafayette, Louisiana this 16th day of January, 2004.

U.S. Judge