

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § § § | |
| Plaintiff, | § | |
| v. | § § § | No. CV 04-0184-L-O |
| WILFORD J. BROUSSARD, | § § | JUDGE MELANCON |
| Defendant. | § § § | MAGISTRATE JUDGE METHVIN |

## ORDER OF DISMISSAL, WITH PREJUDICE

The Court having been advised by counsel for DIRECTV that the above action has been settled as to the claims against WILFORD J. BROUSSARD,

IT IS ORDERED that this action is hereby dismissed against WILFORD J. BROUSSARD, with prejudice.

THUS DONE AND SIGNED at Lafayette, Louisiana, this 2nd day of November, 2004.

_____
DISTRICT JUDGE

COPY SENT
DATE 11/02/04
BY ___
TO ___